ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1010
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID PAK, etc., et al., | ) | No. 14-CV-02033 MEJ |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND ORDER |
| vs. | ) | DISMISSING DEFENDANT, |
| | ) | SURPLUS DECOR.COM |
| VIGO INDUSTRIES, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and their respective attorneys that Defendant, SURPLUS DECOR.COM, may be dismissed from the within entitled action, without prejudice.

Dated:  July 30, 2014

BOORNAZIAN, JENSEN & GARTHE

s/___*ALBERT L. BOASBERG*_____          By:     s/*GREGORY J. ROCKWELL*____
  ALBERT L. BOASBERG,                                  GREGORY J. ROCKWELL,
   Attorney for Plaintiff                                       Attorneys for Defendant,
                                                                         VIGO INDUSTRIES, LLC

Stip. & Order, etc.

## ORDER OF DISMISSAL

Upon the foregoing Stipulation of the parties and good cause appearing therefor,

IT IS ORDERED that SURPLUS DECOR.COM, one of the Defendants herein, may be and hereby is ordered dismissed from the within-entitled action, without prejudice.

Dated: July 30, 2014

*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA