GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
LAUREN O. MILLER, ESQ. (SBN 279448)
lmiller@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #27419
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
VIGO INDUSTRIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAK, individual and doing business as EAGLE's GENERAL CONSTRUCTION COMPANY, JOSEPH PAK,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>VIGO INDUSTRIES, LLC, SURPLUS DECOR.COM, DOES 1 TO 10,<br><br>　　　　Defendants. | Case No.: 14-CV-02033 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURE**<br><br>Complaint Filed:　December 23, 2013<br>Trial Date:　　　　August 3, 2015 |

The undersigned, attorneys for the parties herein, hereby stipulate to the following facts and jointly request that the Court issue an order extending the deadline for expert witness disclosure in this matter from February 26, 2015 to March 27, 2015.

The parties stipulate as follows:

This is an action for water damage to a home owned by the plaintiffs in South Lake Tahoe, California. The plaintiffs claim that the home, which they purchased jointly for $150,000, sustained damage with a repair cost in excess of $100,000 due to a defective valve in a shower panel that was purchased from the defendant via the internet in late 2011. The damage to the home occurred in late 2012.

-1-

1       The defendant had no knowledge of plaintiff's claims until being served with the complaint in this action in April 2014.  The action was originally filed in the San Mateo Superior Court and removed to this Court in May 2014.

      Plaintiff David Pak is the primary witness with knowledge of the circumstances giving rise to claimed damages.  His deposition in this matter was taken on November 5, 2014, at which time Mr. Pak produced voluminous documents and photographs for the first time.

      In its initial case management scheduling order, issued on July 24, 2014, this Court scheduled expert witness disclosures for December 19, 2014. On December 17, 2014, the Court granted the parties' first request to extend the deadline for expert witness disclosures until February 26, 2015 to allow defendant's expert to inspect the subject valve.

      On January 27, 2015, the parties took part in mediation, through the Court's mediation program, with mediator Mark F. Katz.  The case did not resolve at mediation.

      Immediately following mediation, defendant began efforts to retain an appropriate general contractor expert to evaluate the extent of alleged damage and cost of repair, but its expert has yet to prepare a written report compliant with Federal Rule of Civil Procedure 26(a)(2)(b) because its expert has not had the opportunity to perform an inspection of the home.  Specifically, Mr. Pak recently underwent surgery and cannot make the home available for a site inspection until March 5, 2015.

      Counsel for the defendant and its expert need additional time to investigate the claimed damages, so that the defendant's insurer can adequately make a reasoned decision about the appropriate settlement value of the case prior to the expert witness disclosure deadline.

\\
\\
\\
\\
\\
\\

-2-

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURE
*Pak v. Vigo Industries, LLC, et al.;* U.S. Dist. Ct., N. Dist. of CA No. 14-CV-02033 MEJ

Wherefore, the parties jointly request that the Court issue an order extending the deadline for expert witness disclosure to March 27, 2015. Such an extension will not affect the timing of the trial date or the deadline for filing dispositive motions.

DATED: February 20, 2015

    BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation

By: /s/ Lauren O. Miller
    LAUREN O. MILLER, ESQ.
    Attorneys for Defendant

DATED: 2/20/2015

    ALBERT L. BOASBERG, ESQ.

By: /s/ Albert L. Boasberg
    ALBERT L. BOASBERG, ESQ.
    Attorney for Plaintiffs

## [PROPOSED] ORDER

GOOD CAUSE appearing therefor, and the parties having so stipulated, the deadline for expert witness disclosure is hereby extended to March 27, 2015

**IT IS SO ORDERED**

Dated: February 23, 2015

_____
Hon. Maria-Elena James
United States Magistrate Judge

-3-

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR EXPERT WITNESS DISCLOSURE
*Pak v. Vigo Industries, LLC, et al.;* U.S. Dist. Ct., N. Dist. of CA No. 14-CV-02033 MEJ